# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00527-CV

**In re Germania Select Insurance Company and Shana Muske**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## O R D E R

**PER CURIAM**

Relators Germania Select Insurance Company and Shana Muske have filed a petition for writ of mandamus seeking review of the district court's order denying their motion to abate the real party in interest Lonnie Regan Burris's claims for violations of the Insurance Code and the Deceptive Trade Practices and Consumer Protection Act pending resolution of Burris's breach-of-contract claim and filed a motion for emergency relief asking this Court to stay the underlying trial proceedings. *See* Tex. R. App. P. 52.1-.3, .10. We grant the motion for emergency relief and stay the underlying trial proceedings pending further order of this Court. *See id.* R. 52.10. Burris is requested to file a response to the petition for writ of mandamus on or before August 22, 2016.

It is ordered August 9, 2016.

Before Chief Justice Rose and Justices Puryear and Field